1                    IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA
2                          NORTHERN DIVISION

3

4   UNITED STATES OF AMERICA, ) Docket No.
                              ) 08-60279-CR-HURLEY
5                 Plaintiff, )
    vs.                       ) West Palm Beach, Florida
6                             ) November 4, 2009
    POMPANO HELICOPTERS, INC. )
7                             )
        and                   )
8                             )
    JAMES HOWARD, JR.,        )
9                             )
                 Defendants. )
10  _____ x

11

12                          TRIAL BEFORE
                JUDGE DANIEL T. K. HURLEY AND A JURY
13

14

15  APPEARANCES:

16  For the Government:     LOIS A. FOSTER-STEERS, ESQ.
                            RYAN O'QUINN, ESQ.
17                          Assistant U.S. Attorneys
18  For the Defendant:      WILLIAM D. MATTHEWMAN, ESQ.
                            THOMAS A. SADAKA, ESQ.
19

20  Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

21

22                          VOLUME 13

23

24                          PAULINE A. STIPES
                            Official Reporter
25                        U. S. District Court

2414

```
 1            (Trial reconvened at 11:25 a.m.)
 2            THE COURT:  Let the record reflect now that
 3   Mr. Howard is present, counsel for both parties are present.
 4            Ladies and gentlemen, we have a note from the jury,
 5   and the note has two questions to it.
 6            The first question is, is it unusual for a criminal
 7   charge to take five years to come to trial?
 8            The second question is, can we see the transcripts?
 9            The easiest answer is the second, and say, I'm
10   sorry we do not have transcripts that would be available to
11   the jury.
12            How do the parties propose the first question would
13   be answered?
14            MS. FOSTER-STEERS:  Your Honor, I would suggest,
15   because I know Mr. Matthewman argued and we have a
16   stipulation the date the indictment was filed, if The Court
17   could provide the jury with an instruction that simply says
18   there is a five year statute of limitations within which
19   criminal charges can be brought in a case and the indictment
20   is within the five year statute and that there should be no
21   adverse inference based on the timing of the indictment.
22            That would be my suggestion, Your Honor.
23            THE COURT:  All right.  Let me turn to the defense.
24            Mr. Matthewman, how do you think it should be
25   answered?
```

2415

1          MR. MATTHEWMAN:  We strongly object to that, Your

2     Honor.  We believe The Court should instruct the jury that

3     they should rely on the evidence in the trial.

4          The Government had full opportunity to discuss this

5     issue in the trial, and I asked for a statute of limitations

6     instruction which was denied over my objection.

7          The jury asked a question which relates to the

8     evidence.

9          Just like any other question, I believe Your Honor

10    should say you should rely on the evidence presented at

11    trial, period.

12          THE COURT:  Okay.

13          MR. O'QUINN:  Your Honor, during closing argument

14    Your Honor had ruled on the statute of limitations issue and

15    very clearly indicated that there shouldn't be argument in

16    closing, there wouldn't be an adverse inference because of

17    the destruction of evidence or violation of the statute of

18    limitations in closing argument.  Defense counsel went

19    farther by actually saying the timing of the indictment and

20    destruction of the record in accordance with F.A.A. policy

21    mandated reasonable doubt, that is the terms he used,

22    mandated reasonable doubt.

23          I think an instruction there is no adverse

24    inference from the timing of this indictment is appropriate,

25    both that it is true, does not favor either side, and may

1    correct an misunderstanding as a result of that statement

2    that I think was not in keeping with The Court's direction

3    on closing.

4            THE COURT:  All right.  Mr. Matthewman?

5            MR. MATTHEWMAN:  If the Government wants to make

6    aspersions on my closing argument, and I did nothing improper

7    in closing argument, I object to that.

8            The facts are the only things I argued in my

9    closing argument.  The fact of the matter is a stipulation

10   of when the indictment was returned.

11           If the Government wants to put on evidence why it

12   was returned that late or do something of that nature, they

13   have the opportunity to do that.

14           Now what they want Your Honor to do is comment and

15   decide now what they did not put on in their case.

16           THE COURT:  Is it the defense's position there can

17   be an adverse inference from the timing further on down the

18   line when the case could have been brought and presented from

19   being brought?

20           MR. MATTHEWMAN:  One of the many facts of this case

21   that they returned the indictment when they did.

22           Quite frankly, I was hoping to be able to argue

23   that the statute of limitations had expired as I ruled in

24   Rule 29 time and later, and Your Honor decided that was not

25   a proper argument.  And I never mentioned statute of

1   limitations to the jury or violate anything that Your Honor

2   said.

3           The fact that Government chose to wait to file the

4   indictment is a fact in evidence.  Explaining whether that

5   is right or wrong or whether there should be any good faith

6   or bad faith I don't believe is the province of Your Honor.

7           I believe the evidence came in, whatever the

8   evidence is, that they should have to rely on.

9           THE COURT:  It is very important, I think, that The

10  Court not in any way get involved in a comment on the

11  evidence in an impermissible comment.

12          By that I mean in our case, one of the arguments

13  that has been brought forth to the jury was that this is a

14  case that has largely been motivated by the company, by

15  Cessna and Textron and that in that process, the company has

16  exerted influence on its employees and therefore their

17  testimony is subject to question and so on.

18          So there is a strain of argument which is a

19  legitimate argument.  Whether the jury would find that valid

20  and convincing, of course, is another thing.

21          That was an argument put forth in terms of how the

22  trier of fact should evaluate the credibility of certain

23  witnesses.

24          So the length of time before the charges are

25  brought, I suppose to some degree gets intertwined with

1    that.

2           Now, I think the appropriate answer should be that

3    the law provides a period of time within which a charge may

4    be brought and there is simply no evidence in this record

5    whether it is usual or unusual for when the charge was

6    brought, and I think I should leave it at that.

7           Neither side has adduced evidence -- and neither

8    side would, when you think about it, and so that would be my

9    inclination to answer the first question.

10          And the second question would be that unfortunately

11   we do not have transcripts.

12          Can both sides live with that type of a response?

13          MR. MATTHEWMAN:  One second, Judge.

14          We would still maintain our position that you

15   instruct them that you just rely on the evidence that you

16   heard in the courtroom.

17          THE COURT:  But there is no evidence, is there, as

18   to whether it is unusual to bring this charge at the 11th

19   hour?

20          MR. MATTHEWMAN:  But if Your Honor comments on it in

21   the way you indicated, you are commenting on the evidence.

22          THE COURT:  I am simply saying there is no evidence.

23   There is no evidence, is there, as to whether it is usual or

24   unusual to bring a charge like this at this date?

25          I am not aware of any.

2419

1    There was argument made and the jury can consider

2  lapse of time of people's memories and destruction of

3  documents, and that is all valid, but I don't remember --

4  there is no evidence whether this would be usual or unusual.

5    MR. MATTHEWMAN:  Your Honor, that is for the jury to

6  determine what they heard, with all due respect, not for Your

7  Honor to tell them whether it is usual or unusual.

8    THE COURT:  I am not saying it is usual or unusual.

9  I am saying there is no evidence.

10    MR. MATTHEWMAN:  Telling them there is no evidence

11  is commenting on the evidence.  It is up to them to determine

12  the evidence and what they do with it.

13    THE COURT:  All right.  I understand your position,

14  give me a second, if you would.

15    I've indicated the law provides a period of time

16  within which a criminal charge may be brought.

17    Would you prefer me to indicate that The Court has

18  ruled that this case has been brought within the statute of

19  limitations?

20    MR. MATTHEWMAN:  No, Your Honor, I would prefer

21  neither of those.

22    If you say the law --

23    THE COURT:  You don't want me to say that.

24    MR. MATTHEWMAN:  Either one of those, Judge.

25    THE COURT:  All right.

2420

1    MR. O'QUINN:  Your Honor, between those two options

2   you gave, perhaps the statement that The Court has ruled on

3   an issue of law is a way to avoid any allegation that you are

4   commenting on a fact.  It is a matter of law and The Court

5   has ruled on it, and that way you will stay away from

6   commenting on an issue of fact.

7        We have no objection to either of the two.

8        MR. MATTHEWMAN:  We object to the Government's

9   proposal very strenuously.

10       THE COURT:  Would you rather the question be

11   answered this way:  The law specifies a period of time within

12   which a criminal charge may be brought, you must rely on your

13   recollection of the evidence as to whether there was

14   evidence, as to whether it was or was not usual for a

15   criminal charge like this to take five years to come to

16   trial?

17       MR. O'QUINN:  No, Your Honor, we object to that.  We

18   prefer the options that The Court originally identified.

19       THE COURT:  What is defense view?

20       MR. MATTHEWMAN:  That one was a little bit better.

21   However, I am looking at the question, takes five years to

22   come to trial.

23       The Government is hatching onto the indictment

24   issue, they are asking about coming to trial.  I am

25   concerned about this question answered saying relying on the

1   evidence opens up a hornet's nest to lead the jury to think

2   you are commenting.

3        THE COURT:  You think there is a distinction between

4   filing a case and bringing it to trial?  Bringing it to trial

5   could be a court calendar or readiness to go to trial.  We

6   are focusing on the case being brought to trial.

7        MR. MATTHEWMAN:  Exactly.  We can't comment at all.

8   Other than just like in the second part, we don't have

9   transcripts, the second part is you have to rely on the

10  evidence adduced.

11       THE COURT:  Okay.  Thank you.

12       MR. O'QUINN:  Your Honor --

13       THE COURT:  I am all set.  Thank you.

14       I am going to answer the first question:  The law

15  specifies a period of time within which a criminal charge

16  must be brought.  You must rely on your recollection of

17  evidence whether it was unusual for charges such as these to

18  come to trial.

19       Second, unfortunately we do not have transcripts to

20  provide to you.

21       We regret but we do not have transcripts of the

22  testimony to present to you.

23       MR. O'QUINN:  Your Honor, may we add to that that

24  attorney argument is not evidence?

25       THE COURT:  No, I have said that repeatedly.  The

1    jury understands that.

2            MR. O'QUINN:  The reason we ask that in light of the

3    statement earlier, there was argument but no evidence.  I am

4    concerned that there might be confusion on the part of the

5    jury.

6            THE COURT:  I am not concerned that the jury would

7    misunderstand the business that the lawyer's argument is not

8    evidence.

9            MR. MATTHEWMAN:  Judge, we very much object to

10   Mr. O'Quinn's suggestion.

11           THE COURT:  The second question I said, we regret

12   it, but we do not have transcripts to present to the jury.

13           MS. FOSTER-STEERS:  That is fine.

14           MR. MATTHEWMAN:  As to the second part we have no

15   objection.  The first part we object to.

16           THE COURT:  All right.  I will ask Mr. Caldwell to

17   provide copies to the attorneys and a copy to the jury.

18           MR. MATTHEWMAN:  Over lunch I am trying to take care

19   of matters at the State courthouse and schedule matters right

20   close by.  Do we need to be within 15 minutes between 12 and

21   one?

22           THE COURT:  I think so.  I expect if you get caught

23   in a restaurant, too, there is latitude in the lunch hour.

24   If they are really involved in this and we want to allow them

25   to move forward with whatever assistance we can give them, so

1     I think we need to stay approximate.

2              MR. MATTHEWMAN:  A little latitude over the lunch

3     hour, Your Honor.

4              THE COURT:  Yes, I think that is the way to handle

5     it.

6              MR. MATTHEWMAN:  Thank you, Judge.

7              THE COURT:  The Court will be in recess.

8              (A recess was taken at 12:00 p.m.)

9              (Trial reconvened at 3:50 p.m.)

10             THE COURT:  Good afternoon, everybody.  Please be

11    seated.

12             I've asked Mr. Caldwell to give you copies of some

13    notes.  Some of them simply said it is a long day and the

14    jury wants to stop and they would like to leave, and they

15    will be here tomorrow morning at 9:30.

16             There is one note, however, which I think is

17    seeking some legal information, and it says we need

18    clarification on the definition of a corporate entity versus

19    individual, personal guarantor.  Can we have that explained

20    to us.

21             I think we need to tell the jury is that we have

22    entities called corporations, and one of the motivating

23    forces towards incorporating is that it limits liability.

24             In other words, if there were a problem and the

25    corporation had some difficulty, usually you are limited to

1    the assets of the corporation.

2         However, a lender when lending money to a

3    corporation can seek a guaranty.

4         If someone agrees to be a guarantor, they become

5    liable in terms of their personal finances.

6         That is the difference between the two.

7         Does anybody have an objection to that type

8    instruction?

9         MR. MATTHEWMAN:  I am trying to figure out if that

10   is what they are asking.

11        I am looking at the note, it is somewhat confusing.

12        THE COURT:  How about if we give them that

13   definition.  If that is not adequate, tomorrow they can tell

14   us, and we can respond more fully.

15        MR. O'QUINN:  I think that response is helpful.  It

16   may be helpful to add that a corporation may act through its

17   employees and agents to let them understand how a corporation

18   itself can act.

19        THE COURT:  Right.  When a corporation is acting,

20   only the corporation is liable.  When you are talking about

21   someone having their own money on the line, it is really not

22   unless they have signed a guaranty and the person becomes

23   liable.

24        MR. O'QUINN:  I think that is correct, when you are

25   talking about civil liability.  When you are talking about

1   criminal culpability, an individual can be criminally

2   culpability and an employee of a corporation acting in the

3   scope of employee activities that corporation would also be

4   liable.  However, other agents' conduct can be imputed to a

5   corporation giving culpability to the corporation for the

6   other individuals associated that corporation.

7          I think here, my one request would be, because they

8   say personal guarantor, it does seem as though they are

9   talking about responsibility to pay an obligation, in this

10  case, the note, and I think that is clear.

11         I want to make sure we don't unnecessarily confuse

12  them with discussing how a corporation belies liability

13  versus culpability.  A corporation does not shield an

14  individual from criminal culpability.

15         THE COURT:  We have the difference between financial

16  civil liability, but then we are talking about in the

17  criminal field how does a corporation become liable

18  criminally.

19         I suppose an officer in the operation, acting in

20  the course and scope of his responsibilities as an officer

21  of the corporation does something, the corporation may

22  become criminally liable.  We have to look at what it is

23  that makes the corporation liable.

24         If you had the treasurer of XYZ Corporation and he

25  went out and did something in the name of the corporation,

1    but nobody else knew what he was doing, I am not sure the

2    corporation automatically becomes criminally liable.

3         Certainly the corporate officer committing the

4    crime is criminally liable.

5         We may need to look if that is what the jury is

6    asking about what must be the quantum of activity and

7    validation by the corporation that would subject the

8    corporation as an entity to criminal culpability.

9         MR. O'QUINN:  The question is whether or not the

10   agent of the corporation is acting in the scope of their

11   duties.

12        THE COURT:  I think that is part of it, but there

13   may be some degree of acquiescence by the corporate entity.

14        MR. O'QUINN:  In this case, when you have a closely

15   held corporation, there is not a formal board of directors,

16   this isn't an IBM type scenario where you have a corporation

17   formally adopt the conduct of an individual.

18        Instead, I believe, based on my reading of the law

19   and experience, the question would be whether or not that

20   person was of a level that they could bind the corporation,

21   and if they were, were they acting within the scope of their

22   duties.

23        THE COURT:  I have a feeling that is something we

24   ought to say, that is the difference between criminal

25   liability and civil liability.  We are looking at the note

1    whether someone becomes a personal guarantor, that we are

2    asking the question only in a civil realm.  If somebody has

3    questions in the criminal round, we should give them an

4    answer.  If we start with the civil, I think the jury is

5    trying to understand motivations, asking, and so on.

6          If you would look at that, because I don't think

7    any of us disagree that if a corporate officer for whatever

8    reason, whether it benefits the corporation or not, but if a

9    corporate officer goes out and commits a crime, the

10   corporate officer is liable.  I think what we need to look

11   at, it is an issue in the case, frankly, we haven't talked a

12   lot about it, what would be necessary to subject the

13   corporation to criminal liability.

14         There is a great difference between a large

15   corporation and more closely knit corporation.

16         I don't think that is the question.

17         MR. O'QUINN:  I could provide case law for that,

18   Your Honor, I think it is respondeat superior.

19         THE COURT:  I don't know.  I don't know that an

20   individual becomes liable because the corporation does

21   something.  I think those lines get blurred the more closely

22   held the corporation is, because you have some people who

23   they are the corporation.

24         MR. O'QUINN:  I believe respondeat superior level of

25   responsibility.  However, there are Department of Justice

1    policies which often ask the Department of Justice to go

2    beyond that legal requirement when making a charging

3    decision, and those include nine factors to go beyond that.

4              THE COURT:  I will leave that up to you if that is

5    the question.  I don't perceive that to be the question.  I

6    think the jury is saying what is the difference somebody

7    acting in a corporate capacity and someone becoming

8    personally liable.  How do those things interact with each

9    other.

10             MR. MATTHEWMAN:  All they are asking for is

11   clarification of a definition of corporation versus an

12   individual.

13             They are not asking for anything other than a

14   definition.

15             THE COURT:  How would you propose this to be

16   answered?

17             MR. MATTHEWMAN:  A corporation is a separate entity

18   from an individual.  A personal guaranty may guaranty certain

19   financial obligations of a corporation, period.

20             THE COURT:  I will give something like that, but I

21   will do it a little more broadly than that.

22             MR. MATTHEWMAN:  All they are asking for is a

23   definition.

24             THE COURT:  I will give that, but I will elaborate a

25   little bit, and I will say we are not talking about criminal

 1   liability, that is a separate issue.

 2            MR. MATTHEWMAN:  Why would we instruct them on

 3   anything but criminal liability?

 4            THE COURT:  Because I read this to be asking about

 5   civil responsibility, not crimes.

 6            They are talking about guarantors.

 7            That connotes to me some type of civil

 8   responsibility for a debt of the corporation.

 9            MR. MATTHEWMAN:  They are only asking for a

10   definition, Your Honor.

11            THE COURT:  I understand.  I am going to go a little

12   bit beyond that.

13            Mr. Caldwell, would you bring the jury in, please?

14            MR. MATTHEWMAN:  Are you going to write it out?

15            THE COURT:  No.  I will give what I said to you.

16            MR. MATTHEWMAN:  We would ask it be limited to what

17   we requested.

18            THE COURT:  I will overrule that and give slightly

19   different, and I will explain how we understand the question,

20   so if the jury thinks there is something else we are not

21   focusing on, they can give us a more pointed and narrower

22   question.

23            (Thereupon, the jury returned to the courtroom.)

24            THE COURT:  Ladies and gentlemen, please be seated.

25            We have your notes, and I want to tell you how

1    thankful we are for the diligence and effort you are

2    bringing to your responsibilities.  We know it has been a

3    long day, and we understand that.

4            We understand you want to stop your deliberations

5    now and you plan to start tomorrow morning at 9:30.

6            Now, you've given us a note, and I want to read the

7    note to you.

8            I want to say, if we have not understood your

9    question properly, certainly you can give us another

10   question, another note, rather, that would put the question

11   to us in a different way.

12           Let me read what we have here.

13           It says we need clarification on the definition of

14   a corporate entity versus an individual, and it says, open

15   paren, personal guarantor.

16           Now, let me begin by pointing out that there are

17   two different areas of analysis, all right, and what I am

18   putting aside, because I assume you are not asking me this

19   is when can a corporation become criminally liable for

20   something that an employee or an officer of the corporation

21   might do.

22           So I am putting that aside, I am not talking to

23   that at all.  Okay?

24           Let's just back up and talk about normal concepts

25   of civil responsibility in terms of corporations and people.

1          First, what is a corporation?

2          Well, the law allows entities to be formed that are

3   called corporations, and, as you know, you need to have a

4   certain number of officers, and you need to file it with the

5   Secretary of State of the State of Florida, appropriate

6   state, and you actually create an entity that is called a

7   corporation.

8          Now, why do people do that?  Well, one of the

9   primary motives to incorporate is that it limits liability.

10          In other words, people can do business through the

11   form of a corporation but the only assets on the line are

12   whatever the corporation owns.

13          So if there is a problem and something develops,

14   you know, and there would be a lawsuit or something, usually

15   the only assets that are reachable are whatever the

16   corporation owns.  The stockholders, the officers of the

17   corporation, the employees, they are not personally liable

18   in that type of a civil context.

19          Now, so, that is the concept of a corporation, and

20   the law is, jury instruction is that we treat corporations

21   just like people.  They stand equal before the law, and we

22   recognize there are lots of good reasons why people form

23   corporations.  Perfectly okay.

24          Now, the second question is the definition of a

25   corporation.

1          Obviously a corporation is a business entity

2    recorded and gets the approval of the Secretary of State and

3    it stands as an entity to do whatever business or whatever

4    activity it is engaged in.

5          What about the personal liability of an individual?

6    Well, there may be occasions when corporations engage in an

7    activity where someone says to the corporation, we will be

8    happy to do what you ask us to do, for example, let's say a

9    corporation wants to borrow money, perfectly okay, they go

10   and make a business plan and they present it to a bank or

11   somebody else, and they say we like to borrow X amount of

12   money to do this business.  Happens all the time.

13         Well, it is conceivable that a lender might say to

14   the corporation, you have a great business plan, and we

15   think it is good, but before we will loan you this amount of

16   money, we want somebody to be, could be one or more people,

17   to be guarantors, guarantors.

18         What does that mean?

19         That means if for some reason the corporation can't

20   make good on the loan, whoever knowingly became a guarantor,

21   they become liable.

22         So go back to my example.  If you had somebody who

23   is an officer of the corporation, and the corporation

24   borrowed money, let's say the corporation ran into problems,

25   and they just couldn't repay the money, the only entity that

2433

1   is liable in that situation is the corporation.

2          So if there is no more money in the books, and

3   there are no assets, that's it.

4          However, if a corporation borrowed money and there

5   happens to be a guarantor, somebody agreed to be the

6   guarantor, in that instance, the lender could go against the

7   corporation, and if they don't get their judgment satisfied

8   or there is not enough money to pay them, they can go

9   against the guarantor personally, so the person who is the

10  guarantor suddenly stands there, and they don't have the

11  shield, if you will, of the corporation.

12         Does that respond to your question about

13  corporation versus individual as a guarantor?

14         A JUROR:  No.

15         THE COURT:  No?  Well, I tell you what, tomorrow

16  think of the question and you phrase it the way you want,

17  because as I said to you before, if there are some legal

18  considerations that you need to know, and we haven't been

19  clear enough in providing them to you, we want to do that.

20         Please understand that you and only you can

21  evaluate the evidence.  The Court can't do that, and I don't

22  want to step over in any way into that province that is

23  yours and yours alone.

24         So if that has not been a direct answer to your

25  question, just think about it, and tomorrow send us another

1  question and we will try to answer it directly to you.

2       But those are the legal concepts that I have just

3  given you in terms of a corporation allowing for limited

4  liability, see, and protecting people as opposed to somebody

5  becoming a guarantor and literally standing behind the

6  obligation of the corporation.

7       Now, let me make this suggestion to you, it has

8  been a long day.

9       You need to put the case out of your mind, and you

10  need to go home and just relax this evening, don't talk to

11  anybody about the case, don't let anybody talk to you, and

12  then tomorrow when everybody is present in the jury room,

13  not before then, but when all 12 jurors are present, just

14  recommence your deliberations.

15       Thank you once again for the effort that you are

16  expending.  We all appreciate it.  Have a nice night and we

17  will see you tomorrow at 9:30.

18       (Thereupon, the jury left the courtroom.)

19       THE COURT:  Please be seated, ladies and gentlemen.

20  Any other objections to the instructions given by The Court

21  by either party other than what you put in the record?

22       MS. FOSTER-STEERS:  No, Your Honor.

23       MR. MATTHEWMAN:  I think you went too far afield and

24  invaded the province of the jury.

25       THE COURT:  I think we will have to answer another

```
 1    question.  We will be in recess --
 2              MR. O'QUINN:  Your Honor, I have a hearing in Miami,
 3    so I may not be here tomorrow.
 4              THE COURT:  That is perfectly okay.
 5              United States -- everybody understands, everybody
 6    has other obligations.
 7              I think you should take a look at, I can use your
 8    help in, what is it that is necessary before a corporation
 9    becomes criminally liable if there is indeed a criminal act
10    done by a corporate officer.
11              And I think we are looking at what is the degree of
12    acquiescence or approval, if any, that is needed by a
13    corporation.
14              That may not be the jury's question, but we need to
15    be prepared for that.
16              MR. O'QUINN:  We will provide case law, Your Honor.
17              THE COURT:  You don't have to make a great to do
18    about this, but I want to make sure we have the correct legal
19    principle to explain to the jury what is the law.  And when
20    you think about it, we spent a lot of time telling the jury
21    we have two defendants in the case.
22              I don't know that we spent a great deal of time in
23    retrospect about what the consequences were if the jury were
24    to find there is a criminal act by an officer.
25              We kind of did it the opposite.
```

1            The real thrust of the case has been nothing

2     Mr. Howard did is criminal, therefore he can't be liable,

3     and therefore the corporation can't.

4            I am not sure what the jury is asking, but we will

5     wait and see on that.

6            We are in recess until tomorrow morning at 9:30.

7     Thank you.

8            (Thereupon, trial was recessed at 4:15 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATE

2

3          I hereby certify that the foregoing is an accurate

4   transcription of proceedings in the above-entitled matter.

5

6                        /S/ PAULINE A. STIPES

7   _____   _____
    2/24/10               PAULINE A. STIPES

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                      I N D E X
2  VOIR DIRE                                    11
3
4  OPENING STATEMENTS
5     By Mr. O'Quinn                           689
6      By Mr. Matthewman                       702
7  FINAL ARGUMENTS
8    Ms. Foster-Steers                        2289
9    Mr. Matthewman                           2318
10   Mr. O'Quinn                              2361
11
12              WITNESSES FOR THE GOVERNMENT
13                   Direct  Cross  Redirect  Recross
14  CRAIG ELLINGTON       723    953    996
15  MARY JO KUSKIE       1004   1045
16  STEPHEN COLEMAN      1074   1093   1106
17  BRIAN LONG           1108   1167
18  BRIAN LONG                          723
19  CONNIE JONES         1328   1365   1377
20  JEANNIE VAN NEST     1395   1405   1416
21  VICKY TOLBERT        1418   1470   1490
22  SCOTT BURGESS        1541   1552   1570
23  JUDY STEPHAN         1582   1599   1606
24  COREY CLARY          1608   1614   1616
25  DAWN HURLEY          1618   1633
```

```
 1                        I N D E X

 2             WITNESSES FOR THE GOVERNMENT

 3                    Direct   Cross   Redirect   Recross

 4  DAVID BLAKEMORE        1634    1670    1750

 5  ANDREW JORAN           1760    1805    1822        1826

 6  VESTALIA AYLSWORTH     1829    1847

 7  DANNY WILLARD          1861    1872    1878

 8             WITNESSES FOR THE DEFENDANTS

 9  RICHARD DOTSON      1933,2054   2060

10  BARBARA HOLLY          1955    1050    1961

11  PEDRO TURMERO          1962    2039    2053

12  DEBRA HECK             2127    2138    2154

13  DARLENE HOWARD         2156    2175    2215

14

15                      E X H I B I T S

16  Government's Exhibit 1                     737

17  Government's Exhibit 2                     746

18  Government's Exhibit 3                     756

19  Government's Exhibit 4                     767

20  Government's Exhibit 5                     772

21  Government's Exhibit 6                     923

22  Government's Exhibit 7                     788

23  Government's Exhibit 8                     923

24  Government's Exhibit 9                     924

25  Government's Exhibit 10                    927
```

```
 1                    I N D E X

 2                  E X H I B I T S

 3   Government's Exhibit 11                    927

 4   Government's Exhibit 12                    928

 5   Government's Exhibit 13                    929

 6   Government's Exhibit 14                    802

 7   Government's Exhibit A15A                  823

 8   Government's Exhibit A15B                  840

 9   Government's Exhibit A15C                  848

10   Government's Exhibit A15D                  858

11   Government's Exhibit A15E                  915

12   Government's Exhibit A15F                  880

13   Government's Exhibit A15G                  915

14   Government's Exhibit A15H                  882

15   Government's Exhibit A15I                  886

16   Government's Exhibit A15J                  905

17   Government's Exhibit A15K                  909

18   Government's Exhibit 16                    929

19   Government's Exhibit 17                    945

20   Government's Exhibit 19                    930

21   Government's Exhibit 21                    947

22   Government's Exhibit 22                    930

23   Government's Exhibit 23                    931

24   Government's Exhibit 24                    896

25   Government's Exhibit 25                    931
```

```
 1                    I N D E X
 2                E X H I B I T S
 3   Government's Exhibit 26                951
 4   Government's Exhibit 27                932
 5   Government's Exhibit 29                932
 6   Government's Exhibit 31                933
 7   Government's Exhibit 32                933
 8   Government's Exhibit 33                940
 9   Government's Exhibit 34                913
10   Government's Exhibit 35                941
11   Government's Exhibit 36                779
12   Government's Exhibit 36A               779
13   Government's Exhibit 37                780
14   Government's Exhibit B1               1327
15   Government's Exhibit B2               1327
16   Government's Exhibit B3               1327
17   Government's Exhibit B4               1355
18   Government's Exhibit B5               1400
19   Government's Exhibit C1               1624
20   Government's Exhibit C2               1624
21   Government's Exhibit C3               1624
22   Government's Exhibit D1               1586
23   Government's Exhibit D3               1896
24   Government's Exhibit F1               1433
25   Government's Exhibit F2               1461
```

```
 1                       I N D E X
 2                   E X H I B I T S
 3  Government's Exhibit F3                    1439
 4  Government's Exhibit F4                    1461
 5  Government's Exhibit F5                    1461
 6  Government's Exhibit F6                    1451
 7  Government's Exhibit F7                    1446
 8  Government's Exhibit F8                    1456
 9  Government's Exhibit F9                    1458
10  Government's Exhibit G                     1610
11  Government's Exhibit H1                    1895
12  Government's Exhibit H3A                   1896
13  Government's Exhibit H3B                   1897
14  Government's Exhibit I                     1847
15  Government's Exhibit J                     1866
16  Government's Exhibit M                     2048
17  Government's Exhibit X1                    2178
18  Government's Exhibit X2                    2186
19
20  Defendants' Exhibit 3                      1709
21  Defendants' Exhibit 4                       995
22  Defendants' Exhibit 5                      1032
23  Defendants' Exhibit 6                      1062
24  Defendants' Exhibit 7                      1063
25  Defendants' Exhibit 8                      1104
```

```
 1                    I N D E X
 2                E X H I B I T S
 3   Defendants' Exhibit 9                    1177
 4   Defendants' Exhibit 10                   1189
 5   Defendants' Exhibit 11                   1191
 6   Defendants' Exhibit 12                   1193
 7   Defendants' Exhibit 13                   1197
 8   Defendants' Exhibit 14                   1224
 9   Defendants' Exhibit 16                   1326
10   Defendants' Exhibit 17                   1403
11   Defendants' Exhibit 18                   1388
12   Defendants' Exhibit 19                   1412
13   Defendants' Exhibit 23                   1691
14   Defendants' Exhibit 24                   1693
15   Defendants' Exhibit 28                   1733
16   Defendants' Exhibit 29                   1735
17   Defendants' Exhibit 30                   1736
18   Defendants' Exhibit 31                   1736
19   Defendants' Exhibit 33                   1740
20   Defendants' Exhibit 34                   1741
21   Defendants' Exhibit 35                   1932
22   Defendants' Exhibit 36                   2021
23   Defendants' Exhibit 37                   2021
24   Defendants' Exhibit 38                   2022
25   Defendants' Exhibit 39                   2022
```

```
 1                    I N D E X
 2                E X H I B I T S
 3  Defendants' Exhibit 40                    2022
 4  Defendants' Exhibit 41                    2022
 5  Defendants' Exhibit 42                    2023
 6  Defendants' Exhibit 43                    2056
 7  Defendants' Exhibit 44                    2133
 8  Defendants' Exhibit 45                    2136
 9  Defendants' Exhibit 46                    2137
10  Defendants' Exhibit 47                    2163
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2445

**A**

able 2416:22
above-entitled 2437:4
accurate 2437:3
acquiescence 2426:13 2435:12
act 2424:16,18 2435:9,24
acting 2424:19 2425:2,19 2426:10
  2426:21 2428:7
activities 2425:3
activity 2426:6 2432:4,7
add 2421:23 2424:16
adduced 2418:7 2421:10
adequate 2424:13
adopt 2426:17
adverse 2414:21 2415:16,23
  2416:17
afield 2434:23
afternoon 2423:10
agent 2426:10
agents 2424:17 2425:4
agreed 2433:5
agrees 2424:4
allegation 2420:3
allow 2422:24
allowing 2434:3
allows 2431:2
AMERICA 2413:4
amount 2432:11,15
analysis 2430:17
ANDREW 2439:5
answer 2414:9 2418:2,9 2421:14
  2427:4 2433:24 2434:1,25
answered 2414:13,25 2420:11,25
  2428:16
anybody 2424:7 2434:11,11
APPEARANCES 2413:15
appreciate 2434:16
appropriate 2415:24 2418:2
  2431:5
approval 2432:2 2435:12
approximate 2423:1
areas 2430:17
argue 2416:22
argued 2414:15 2416:8
argument 2415:13,15,18 2416:6,7
  2416:9,25 2417:18,19,21 2419:1
  2421:24 2422:3,7
arguments 2417:12 2438:7
aside 2430:18,22
asked 2415:5,7 2423:12
asking 2420:24 2424:10 2426:6
  2427:2,5 2428:10,13,22 2429:4,9
  2430:18 2436:4
aspersions 2416:6
assets 2424:1 2431:11,15 2433:3
assistance 2422:25
Assistant 2413:17
associated 2425:6
assume 2430:18
attorney 2421:24
attorneys 2413:17 2422:17
automatically 2426:2
available 2414:10
avoid 2420:3
aware 2418:25
AYLSWORTH 2439:6
a.m 2414:1
A15A 2440:7
A15B 2440:8
A15C 2440:9
A15D 2440:10
A15E 2440:11
A15F 2440:12
A15G 2440:13
A15H 2440:14
A15I 2440:15
A15J 2440:16
A15K 2440:17

**B**

B 2439:15 2440:2 2441:2 2442:2
  2443:2 2444:2
back 2430:24 2432:22
bad 2417:6
bank 2432:10
BARBARA 2439:10
based 2414:21 2426:18
Beach 2413:5
becoming 2428:7 2434:5

belies 2425:12
believe 2415:2,9 2417:6,7 2426:18
  2427:24
benefits 2427:8
better 2420:20
beyond 2428:2,3 2429:12
bind 2426:20
bit 2420:20 2428:25 2429:12
BLAKEMORE 2439:4
blurred 2427:21
books 2433:2
borne 2432:9,11
borrowed 2432:24 2433:4
BRIAN 2438:17,18
bring 2418:18,24 2429:13
bringing 2421:4,4 2430:2
broadly 2428:21
brought 2414:19 2416:18,19
  2417:13,25 2418:4,6 2419:16,18
  2420:12 2421:6,16
BURGESS 2438:22
business 2422:7 2431:10 2432:1,3
  2432:10,12,14
B1 2441:14
B2 2441:15
B3 2441:16
B4 2441:17
B5 2441:18

**C**

Caldwell 2422:16 2423:12 2429:13
calendar 2421:5
called 2423:22 2431:3,6
can't 2421:7 2432:19 2433:21
  2436:2,3
capacity 2428:7
care 2422:18
case 2414:19 2416:15,18,20
  2417:12,14 2419:18 2421:4,6
  2425:10 2426:14 2427:11,17
  2434:9,11 2435:16,21 2436:1
caught 2422:22
certain 2417:22 2428:18 2431:4
certainly 2426:3 2430:9
CERTIFICATE 2437:1
certify 2437:3
Cessna 2417:15
charge 2414:7 2418:3,5,18,24
  2419:16 2420:12,15 2421:15
charges 2414:19 2417:24 2421:17
charging 2428:2
chose 2417:3
civil 2424:25 2425:16 2426:25
  2427:2,4 2429:5,7 2430:25
  2431:18
clarification 2423:18 2428:11
  2430:13
CLARY 2438:24
clear 2425:10 2433:19
clearly 2415:15
close 2422:10
closely 2426:14 2427:15,21
closing 2415:13,16,18 2416:3,6,7,9
COLEMAN 2438:16
come 2414:7 2420:15,22 2421:18
coming 2420:24
comment 2416:14 2417:10,11
  2421:7
commenting 2418:21 2419:11
  2420:4,6 2421:2
comments 2418:20
commits 2427:9
committing 2426:3
company 2417:14,15
conceivable 2432:13
concept 2431:19
concepts 2430:24 2434:2
concerned 2420:25 2422:4,6
conduct 2425:4 2426:17
confuse 2425:11
confusing 2424:11
confusion 2422:4
CONNIE 2438:19
connotes 2429:7
consequences 2435:23
consider 2419:1
considerations 2433:18
context 2431:18

convincing 2417:20
copies 2422:17 2423:12
copy 2422:17
COREY 2438:24
corporate 2423:18 2426:3,13
  2427:7,9,10 2428:7 2430:14
  2435:10
corporation 2423:25 2424:1,3,16
  2424:17,19,20 2425:2,3,5,5,6,12
  2425:13,17,21,21,23,24,25
  2426:2,7,8,10,15,16,20 2427:8
  2427:13,15,15,20,22,23 2428:11
  2428:17,19 2429:8 2430:19,20
  2431:1,7,11,12,16,17,19,25
  2432:1,7,9,14,16,19,23,23,24
  2433:1,4,7,11,13 2434:3,6
  2435:8,13 2436:3
corporations 2423:22 2430:25
  2431:3,20,23 2432:6
correct 2416:1 2424:24 2435:18
couldn't 2432:25
counsel 2414:3 2415:18
course 2417:20 2425:20
court 2413:1,20,25 2414:2,16,23
  2415:2,12 2416:4,16 2417:9,10
  2418:17,22 2419:8,13,17,23,25
  2420:2,4,10,18,19 2421:3,5,11
  2421:13,25 2422:6,11,16,22
  2423:4,7,7,10 2424:12,19
  2425:15 2426:12,23 2427:19
  2428:4,15,20,24 2429:4,11,15,18
  2429:24 2433:15,21 2434:19,20
  2434:25 2435:4,17
courthouse 2422:19
courtroom 2418:16 2429:23
  2434:18
Court's 2416:2
CRAIG 2438:14
create 2431:6
credibility 2417:22
crime 2426:4 2427:9
crimes 2429:5
criminal 2414:6,19 2419:16
  2420:12,15 2421:15 2425:1,14
  2425:17 2426:8,24 2427:3,13
  2428:25 2429:3 2435:9,24
  2436:2
criminally 2425:1,18,22 2426:2,4
  2430:19 2435:9
Cross 2438:13 2439:3
culpability 2425:1,2,5,13,14
  2426:8
C.M 2413:20
C.S.R 2413:20
C1 2441:19
C2 2441:20
C3 2441:21

**D**

D 2413:18 2438:1 2439:1 2440:1
  2441:1 2442:1 2443:1 2444:1
DANIEL 2413:12
DANNY 2439:7
DARLENE 2439:13
date 2414:16 2418:24
DAVID 2439:4
DAWN 2438:25
day 2423:13 2430:3 2434:8
deal 2435:22
DEBRA 2439:12
debt 2429:8
decide 2416:15
decided 2416:24
decision 2428:3
Defendant 2413:18
defendants 2413:9 2435:21 2439:8
  2442:20,21,22,23,24,25 2443:3,4
  2443:5,6,7,8,9,10,11,12,13,14,15
  2443:16,17,18,19,20,21,22,23,24
  2443:25 2444:3,4,5,6,7,8,9,10
defense 2414:23 2415:18 2420:19
defense's 2416:10
definition 2423:18 2424:13
  2428:11,14,23 2429:10 2430:13
  2431:24
degree 2417:25 2426:13 2435:11
deliberations 2430:4 2434:14
denied 2415:6
Department 2427:25 2428:1

destruction 2415:17,20 2419:2
determine 2419:6,11
develops 2431:13
difference 2424:6 2425:15 2426:24
  2427:14 2428:6
different 2429:19 2430:11,17
difficulty 2423:25
diligence 2430:1
DIRE 2438:2
direct 2433:24 2438:13 2439:3
direction 2416:2
directly 2434:1
directors 2426:15
disagree 2427:7
discuss 2415:4
discussing 2425:12
distinction 2421:3
District 2413:1,1,25
DIVISION 2413:2
Docket 2413:4
documents 2426:1
doing 2426:1
don't 2417:6 2419:3,23 2421:8
  2425:11 2427:6,16,19,19 2428:5
  2433:7,10,21 2434:10,11
  2435:17,22
DOTSON 2439:9
doubt 2415:21,22
due 2419:6
duties 2426:11,22
D1 2441:22
D3 2441:23

**E**

E 2438:1 2439:1,15 2440:1,2
  2441:1,2 2442:1,2 2443:1,2
  2444:1,2
earlier 2422:3
easiest 2414:9
effort 2430:1 2434:15
either 2415:25 2419:24 2420:7
  2434:21
elaborate 2428:24
ELLINGTON 2438:14
employee 2425:2,3 2430:20
employees 2417:16 2424:17
  2431:17
engage 2432:6
engaged 2432:4
entities 2423:22 2431:2
entity 2423:18 2426:8,13 2428:17
  2430:14 2431:6 2432:1,3,25
equal 2431:21
ESQ 2413:16,16,18,18
evaluate 2417:22 2433:21
evening 2423:10 2434:12
everybody 2423:10 2434:12
  2435:5,5
evidence 2415:3,8,10,17 2416:11
  2417:4,7,8,11 2418:4,7,15,17,21
  2418:22,23 2419:4,9,10,11,12
  2420:13,14 2421:1,10,17,24
  2422:3,8 2433:21
Exactly 2421:7
example 2428:22
exerted 2417:16
expect 2422:22
expending 2434:16
experience 2426:19
expired 2416:23
explain 2429:19 2435:19
explained 2423:19
Explaining 2417:4

**F**

fact 2416:9 2417:3,4,22 2420:4,6
factors 2428:3
facts 2416:8,20
faith 2417:5,6
far 2434:23
farther 2415:19
favor 2415:25
feeling 2426:23
field 2425:17
figure 2424:9
file 2417:3 2431:4
filed 2414:16
filing 2421:4
FINAL 2438:7

2446

finances 2424:5
financial 2425:15 2428:19
find 2417:19 2435:24
fine 2422:13
first 2414:6,12 2418:9 2421:14
  2422:15 2431:1
five 2414:7,18,20 2420:15,21
Florida 2413:1,5 2431:5
focusing 2421:6 2429:21
forces 2423:23
foregoing 2437:3
form 2431:11,22
formal 2426:15
formally 2426:17
formed 2431:2
forth 2417:13,21
forward 2422:25
Foster-Steers 2413:16 2414:14
  2422:13 2434:22 2438:8
frankly 2416:22 2427:11
full 2415:4
fully 2424:14
further 2416:17
F.A.A 2415:20
F1 2441:24
F2 2441:25
F3 2442:3
F4 2442:4
F5 2442:5
F6 2442:6
F7 2442:7
F8 2442:8
F9 2442:9

**G**

G 2442:10
gentlemen 2414:4 2429:24
  2434:19
give 2419:14 2422:25 2423:12
  2424:12 2427:3 2428:20,24
  2429:15,18,21 2430:9
given 2430:6 2434:3,20
giving 2425:5
go 2421:5 2428:1,3 2429:11 2432:9
  2432:22 2433:6,8 2434:10
goes 2427:9
going 2421:14 2429:11,14
good 2417:5 2423:10 2431:22
  2432:15,20
Government 2413:16 2415:4
  2416:5,11 2417:3 2420:23
  2438:12 2439:2
Government's 2420:8 2439:16,17
  2439:18,19,20,21,22,23,24,25
  2440:3,4,5,6,7,8,9,10,11,12,13
  2440:14,15,16,17,18,19,20,21,22
  2440:23,24,25 2441:3,4,5,6,7,8,9
  2441:10,11,12,13,14,15,16,17,18
  2441:19,20,21,22,23,24,25
  2442:3,4,5,6,7,8,9,10,11,12,13
  2442:14,15,16,17,18
great 2427:14 2432:14 2435:17,22
guantum 2426:6
guarantor 2423:19 2424:4 2425:8
  2427:1 2430:15 2432:20 2433:5
  2433:6,9,10,13 2434:5
guarantors 2429:6 2432:17,17
guaranty 2424:3,22 2428:18,18

**H**

H 2439:15 2440:2 2441:2 2442:2
  2443:2 2444:2
handle 2423:4
happens 2432:12 2433:5
happy 2432:8
hatching 2420:23
haven't 2427:11 2433:18
heard 2418:16 2419:6
hearing 2435:2
HECK 2439:12
held 2426:15 2427:22
HELICOPTERS 2413:6
help 2435:8
helpful 2424:15,16
HOLLY 2439:10
home 2434:10
Honor 2414:14,22 2415:2,9,13,14
  2416:14,24 2417:1,6 2418:20
  2419:5,7,20 2420:1,17 2421:12

2421:23 2423:3 2427:18 2429:10
  2434:22 2435:2,16
hoping 2416:22
hornet's 2421:1
hour 2418:19 2422:23 2423:3
Howard 2413:8 2414:3 2436:2
  2439:13
HURLEY 2413:12 2438:25
H1 2442:11
H3A 2442:12
H3B 2442:13

**I**

IBM 2426:16
identified 2420:18
impermissible 2417:11
important 2417:9
improper 2416:6
imputed 2416:4
inclination 2418:9
include 2428:3
incorporate 2431:9
incorporating 2423:23
indicate 2419:17
indicated 2415:15 2418:21
indictment 2414:16,19,21 2415:19
  2415:24 2416:10,21 2417:4
  2420:23
individual 2423:19 2425:1,14
  2426:17 2427:20 2428:12,18
  2430:14 2432:5 2433:13
individuals 2425:6
inference 2414:21 2415:16,24
  2416:17
influence 2417:16
information 2423:17
instance 2423:6
instruct 2415:2 2418:15 2429:2
instruction 2414:17 2415:6,23
  2424:8 2431:20
instructions 2434:20
interact 2428:8
intertwined 2431:10
invaded 2434:24
involved 2417:10 2422:24
isn't 2426:16
issue 2415:5,14 2420:3,6,24
  2427:11 2429:1
I'm 2414:9
I've 2419:15 2423:12

**J**

J 2442:15
JAMES 2413:8
JEANNIE 2438:20
JO 2438:15
JONES 2438:19
JORAN 2439:5
JR 2413:8
Judge 2413:12 2418:13 2419:24
  2429:2 2423:6
judgment 2433:7
JUDY 2438:23
JUROR 2433:14
jurors 2434:13
jury 2413:12 2414:4,11,17 2415:2,7
  2417:1,13,19 2419:1,5 2421:1
  2422:1,5,6,12,17 2423:14,21
  2426:5 2427:4 2428:6 2429:13
  2429:20,23 2431:20 2434:12,18
  2434:24 2435:19,20,23 2436:4
jury's 2435:14
Justice 2427:25 2428:1

**K**

K 2413:12
keeping 2416:2
kind 2435:25
knit 2427:15
know 2414:15 2427:19,19 2430:2
  2431:3,14 2433:18 2435:22
knowingly 2432:20
KUSKIE 2438:15

**L**

ladies 2414:4 2429:24 2434:19

lapse 2419:2
large 2427:14
largely 2417:14
late 2416:12
latitude 2422:23 2423:2
law 2418:3 2419:15,22 2420:3,4,11
  2421:14 2426:18 2427:17 2431:2
  2431:20,21 2435:16,19
lawsuit 2431:14
lawyer's 2422:7
lead 2421:1
leave 2418:6 2423:14 2428:4
left 2434:18
legal 2423:17 2428:2 2433:17
  2434:2 2435:18
legitimate 2417:19
lender 2424:2 2432:13 2433:6
lending 2424:2
length 2417:24
let's 2430:24 2432:8,24
level 2426:20 2427:24
liability 2423:23 2424:25 2425:12
  2425:16 2426:25,25 2427:13
  2429:1,3 2431:9 2432:5 2434:4
liable 2424:5,20,23 2425:4,17,22
  2425:23 2426:2,4 2427:10,20
  2428:8 2430:19 2431:17 2432:21
  2433:1 2435:9 2436:2
light 2422:2
limitations 2414:18 2415:5,14,18
  2416:23 2417:1 2419:19
limited 2423:25 2429:16 2434:3
limits 2423:23 2431:9
line 2416:18 2424:21 2431:11
lines 2427:21
literally 2434:5
little 2420:20 2423:2 2428:21,25
  2429:11
live 2418:12
loan 2432:15,20
LOIS 2413:16
long 2423:13 2430:3 2434:8
  2438:17,18
look 2425:22 2426:5 2427:6,10
  2435:7
looking 2420:21 2424:11 2426:25
  2435:11
lot 2427:12 2435:20
lots 2430:12
lunch 2422:18,23 2423:2

**M**

M 2442:16
maintain 2418:14
making 2428:2
mandated 2415:21,22
MARY 2438:15
matter 2416:9 2420:4 2437:4
matters 2422:19,19
Matthewman 2413:18 2414:15,24
  2415:1 2416:4,5,20 2418:13,20
  2419:5,10,20,24 2420:8,20
  2421:7 2422:9,14,18 2423:2,6
  2424:9 2428:10,17,22 2429:2,9
  2429:14,16 2434:23 2438:6,9
mean 2417:12 2432:18
means 2432:19
memories 2419:2
mentioned 2416:25
Miami 2435:2
mind 2434:9
minutes 2422:7
misunderstand 2422:7
misunderstanding 2416:1
money 2424:2,21 2432:9,12,16,24
  2432:25 2433:2,4,8
morning 2423:15 2430:5 2436:6
motivated 2417:14
motivating 2423:22
motivations 2427:5
motives 2431:9
move 2422:25

**N**

N 2438:1 2439:1 2440:1 2441:1
  2442:1 2443:1 2444:1
name 2425:25
narrower 2429:21
nature 2416:12

necessary 2427:12 2435:8
need 2422:20 2423:1,17,21 2426:5
  2427:10 2430:13 2431:3,4
  2433:18 2434:9,10 2435:14
needed 2435:12
neither 2418:7,7 2419:21
nest 2421:1 2438:20
never 2416:25
nice 2434:16
night 2434:16
nine 2428:3
normal 2430:24
NORTHERN 2413:2
note 2414:4,5 2423:16 2424:11
  2425:10 2426:25 2430:6,7,10
notes 2423:13 2429:25
November 2413:6
number 2431:4

**O**

object 2415:1 2416:7 2420:8,17
  2422:9,15
objection 2415:6 2420:7 2422:15
  2424:7
objections 2434:20
obligation 2425:9 2434:6
obligations 2428:19 2435:6
Obviously 2432:1
occasions 2432:6
officer 2425:19,20 2426:3 2427:7,9
  2427:10 2430:20 2432:23
  2435:10,24
officers 1024:4,16
Official 2413:24
okay 2415:12 2421:11 2430:23
  2431:23 2432:9 2435:4
once 2434:15
open 2430:14
OPENING 2438:4
opens 2421:1
operation 2425:19
opportunity 2415:4 2416:13
opposed 2434:4
opposite 2435:25
options 2420:1,18
originally 2420:18
ought 2426:24
overrule 2429:18
owns 2431:12,16
O'Quinn 2413:16 2415:13 2420:1
  2420:17 2421:12,23 2422:2
  2424:15,24 2426:9,14 2427:17
  2427:24 2435:2,16 2438:5,10
O'Quinn's 2422:10

**P**

Palm 2413:5
paren 2430:15
part 2421:8,9 2422:4,14,15 2426:12
  2431:4,13,12
party 2434:21
Pauline 2413:20,24 2437:6,7
pay 2425:9 2433:8
PEDRO 2439:11
people 2427:22 2430:25 2431:8,10
  2431:21,22 2432:16 2434:4
people's 2419:2
perceive 2428:5
perfectly 2431:23 2432:9 2435:4
period 2415:11 2418:3 2419:15
  2420:11 2421:15 2428:19
person 2424:22 2426:20 2433:9
personal 2423:19 2424:5 2425:8
  2427:1 2428:18 2430:15 2432:5
personally 2428:8 2431:17 2433:9
phrase 2433:16
Plaintiff 2413:5
plan 2430:5 2432:10,14
please 2423:10 2429:13,24
  2433:20 2434:19
pointed 2429:21
pointing 2430:16
policies 2428:1
policy 2415:20
POMPANO 2413:6
position 2416:16 2418:14 2419:13
prefer 2419:17,20 2420:18
prepared 2435:15
present 2414:3,3 2421:22 2422:12

2432:10 2434:12,13
presented 2415:10 2416:18
primary 2431:9
principle 2435:19
problem 2423:24 2431:13
problems 2432:24
proceedings 2437:4
process 2417:15
proper 2416:25
properly 2430:9
proposal 2420:9
propose 2414:12 2428:15
protecting 2434:4
provide 2414:17 2421:20 2422:17
  2427:17 2435:16
provides 2418:3 2419:15
providing 2433:19
province 2417:6 2433:22 2434:24
put 2416:11,15 2417:21 2430:10
  2434:9,21
putting 2430:18,22
p.m 2423:8,9 2436:8

**Q**

question 2414:6,8,12 2415:7,9
  2417:17 2418:9,10 2420:10,21
  2420:25 2421:14 2422:11 2426:9
  2426:19 2427:2,16 2428:5,5
  2429:19,22 2430:9,10,10
  2431:24 2433:12,16,25 2434:1
  2435:1,14
questions 2414:5 2427:3
Quite 2416:22

**R**

ran 2432:24
reachable 2431:15
read 2429:4 2430:6,12
readiness 2421:5
reading 2426:18
real 2436:1
really 2422:24 2424:21
realm 2427:2
reason 2422:2 2427:8 2432:19
reasonable 2415:21,22
reasons 2431:22
recess 2423:7,8 2435:1 2436:6
recessed 2436:8
recognize 2431:22
recollection 2420:13 2421:16
recommence 2434:14
reconvened 2414:1 2423:9
record 2414:2 2415:20 2418:4
  2434:21
recorded 2432:2
Recross 2438:13 2439:3
Redirect 2438:13 2439:3
reflect 2414:2
regret 2421:21 2422:11
relates 2415:7
relax 2434:10
rely 2415:3,10 2417:8 2418:15
  2420:12 2421:9,16
relying 2420:25
remember 2419:3
repay 2432:25
repeatedly 2421:25
Reporter 2413:20,24
request 2425:7
requested 2429:17
requirement 2428:2
respect 2419:6
respond 2424:14 2433:12
respondeat 2427:18,24
response 2418:12 2424:15
responsibilities 2425:20 2430:2
responsibility 2425:9 2427:25
  2429:5,8 2430:25
restaurant 2422:23
result 2416:1
retrospect 2435:23
returned 2416:10,12,21 2429:23
RICHARD 2439:9
right 2414:23 2416:4 2417:5
  2419:13,25 2422:16,19 2424:19
  2430:17
room 2434:12
round 2427:3
Rule 2416:24

ruled 2415:14 2416:23 2419:18
  2420:2,5
RYAN 2413:16

**S**

S 2413:25 2437:6 2439:15 2440:2
  2441:2 2442:2 2443:2 2444:2
SADAKA 2413:18
satisfied 2433:7
saying 2415:19 2418:22 2419:8,9
  2420:25 2428:6
says 2414:17 2423:17 2430:13,14
  2432:7
scenario 2426:16
schedule 2422:19
scope 2425:3,20 2426:10,21
SCOTT 2438:22
seated 2423:11 2429:24 2434:19
second 2414:8,9 2418:10,13
  2419:14 2421:8,9,19 2422:11,14
  2431:24
Secretary 2431:5 2432:2
see 2414:8 2434:4,17 2436:5
seek 2424:3
seeking 2423:17
send 2433:25
separate 2428:17 2429:1
set 2421:13
shield 2425:13 2433:11
shouldn't 2415:15
side 2415:25 2418:7,8
sides 2418:12
signed 2424:22
simply 2414:17 2418:4,22 2423:13
situation 2433:1
slightly 2429:18
somebody 2427:2 2428:6 2432:11
  2432:16,22 2433:5 2434:4
somewhat 2424:11
sorry 2414:10
SOUTHERN 2413:1
specifies 2420:11 2421:15
spent 2435:20,22
stand 2431:21
standing 2434:5
stands 2432:3 2433:10
start 2427:4 2430:5
state 2422:19 2431:5,5,6 2432:2
statement 2416:1 2420:2 2422:3
STATEMENTS 2438:4
States 2414:1,4 2435:5
statute 2414:18,20 2415:5,14,17
  2416:23,25 2419:18
stay 2420:5 2423:1
step 2433:22
STEPHAN 2438:23
STEPHEN 2438:16
Stipes 2413:20,24 2437:6,7
stipulation 2414:16 2416:9
stockholders 2431:16
stop 2423:14 2430:4
strain 2417:18
strenuously 2420:9
strongly 2415:1
subject 2417:17 2426:7 2427:12
suddenly 2433:10
suggest 2414:14
suggestion 2414:22 2422:10
  2434:7
superior 2427:18,24
suppose 2417:25 2425:19
sure 2425:11 2426:1 2435:18
  2436:4

**T**

T 2413:12 2439:15 2440:2 2441:2
  2442:2 2443:2 2444:2
take 2414:7 2420:15 2422:18
  2435:7
taken 2423:8
takes 2420:21
talk 2430:24 2434:10,11
talked 2427:11
talking 2424:20,25,25 2425:9,16
  2428:25 2429:6 2430:22
tell 2419:7 2423:21 2424:13
  2429:25 2433:15
telling 2419:10 2435:20
terms 2415:21 2417:21 2424:5

2430:25 2434:3
testimony 2417:17 2421:22
Textron 2417:15
Thank 2421:11,13 2423:6 2434:15
  2436:7
thankful 2430:1
that's 2433:3
thing 2417:15
things 2416:8 2428:8
think 2414:24 2415:23 2416:2
  2417:9 2418:2,6,8 2421:1,3
  2422:22 2423:1,4,16,21 2424:15
  2424:24 2425:7,10 2426:12
  2427:4,6,10,16,18,24 2428:6
  2432:15 2433:16,25 2434:23,25
  2435:7,11,20
thinks 2429:20
THOMAS 2413:18
thrust 2436:1
time 2416:24 2417:24 2418:3
  2419:15,25 2420:11 2421:15
  2432:12 2435:20,22
timing 2414:21 2415:19,24
  2416:17
TOLBERT 2438:21
tomorrow 2425:3 2424:13 2430:5
  2433:15,25 2434:12,17 2435:3
  2436:6
transcription 2437:4
transcripts 2414:8,10 2418:11
  2421:9,19,21 2422:12
treasurer 2425:24
treat 2431:22
trial 2413:12 2414:1,7 2415:3,5,11
  2420:16,22,24 2421:4,4,5,6,18
  2423:9 2436:8
trier 2417:22
true 2415:25
try 2434:1
trying 2422:18 2424:9 2427:5
TURMERO 2439:11
turn 2414:23
two 2414:5 2420:1,7 2424:6
  2430:17 2435:21
type 2418:12 2424:7 2426:16
  2429:7 2431:18

**U**

U 2413:25
understand 2419:13 2424:17
  2427:5 2429:11,19 2430:3,4
  2433:20
understands 2422:1 2435:5
understood 2430:8
unfortunately 2418:10 2421:19
United 2413:1,4 2435:5
unnecessarily 2425:11
unusual 2414:6 2418:5,18,24
  2419:4,7,8 2421:17
use 2435:7
usual 2418:5,23 2419:4,7,8
  2420:14
usually 2423:25 2431:14
U.S 2413:17

**V**

valid 2417:19 2419:3
validation 2426:7
VAN 2438:20
versus 2423:18 2425:13 2428:11
  2430:14 2433:13
VESTALIA 2439:6
VICKY 2438:21
view 2420:19
violate 2417:1
violation 2415:17
VOIR 2438:2
VOLUME 2413:22
vs 2413:5

**W**

wait 2417:3 2436:5
want 2416:14 2419:23 2422:24
  2425:11 2429:25 2430:4,6,8
  2432:16 2433:16,19,22 2435:18
wants 2416:5,11 2423:14 2432:9
way 2417:10 2418:21 2420:3,5,11
  2423:4 2430:11 2433:16,22

went 2415:18 2425:24 2434:23
West 2413:5
WILLARD 2439:7
WILLIAM 2413:18
witnesses 2417:23 2438:12 2439:2
  2439:8
words 2423:24 2431:10
wouldn't 2415:16
write 2429:14
wrong 2417:5

**X**

x 2413:10 2432:11 2438:1 2439:1
  2439:15 2440:1,2 2441:1,2
  2442:1,2 2443:1,2 2444:1,2
XYZ 2425:24
X1 2442:17
X2 2442:18

**Y**

year 2414:18,20
years 2414:7 2420:15,21
you've 2430:6

**0**

08-60279-CR-HURLEY 2413:4

**1**

1 2439:16
10 2439:25 2443:4
1004 2438:15
1032 2442:22
1045 2438:15
1050 2439:10
1062 2442:23
1063 2442:24
1074 2438:16
1093 2438:16
11 2438:2 2440:3 2443:5
11th 2418:18
11:25 2414:1
1104 2442:25
1106 2438:16
1108 2438:17
1167 2438:17
1177 2443:3
1189 2443:4
1191 2443:5
1193 2443:6
1197 2443:7
12 2422:20 2434:13 2440:4 2443:6
12:00 2423:8
1224 2443:8
13 2413:22 2440:5 2443:7
1326 2443:9
1327 2441:14,15,16
1328 2438:19
1355 2441:17
1365 2438:19
1377 2438:19
1388 2443:11
1395 2438:20
14 2440:6 2443:8
1400 2441:18
1403 2443:10
1405 2438:20
1412 2443:12
1416 2438:20
1418 2438:21
1433 2441:24
1439 2442:3
1446 2442:7
1451 2442:6
1456 2442:8
1458 2442:9
1461 2441:25 2442:4,5
1470 2438:21
1490 2438:21
15 2422:20
1541 2438:22
1552 2438:22
1570 2438:22
1582 2438:23
1586 2441:22
1599 2438:23
16 2440:18 2443:9
1606 2438:23
1608 2438:24

**1610** 2442:10
**1614** 2438:24
**1616** 2438:24
**1618** 2438:25
**1624** 2441:19,20,21
**1633** 2438:25
**1634** 2439:4
**1670** 2439:4
**1691** 2443:13
**1693** 2443:14
**17** 2440:19 2443:10
**1709** 2442:20
**1733** 2443:15
**1735** 2443:16
**1736** 2443:17,18
**1740** 2443:19
**1741** 2443:20
**1750** 2439:4
**1760** 2439:5
**18** 2443:11
**1805** 2439:5
**1822** 2439:5
**1826** 2439:5
**1829** 2439:6
**1847** 2439:6 2442:14
**1861** 2439:7
**1866** 2442:15
**1872** 2439:7
**1878** 2439:7
**1895** 2442:11
**1896** 2441:23 2442:12
**1897** 2442:13
**19** 2440:20 2443:12
**1932** 2443:21
**1933,2054** 2439:9
**1955** 2439:10
**1961** 2439:10
**1962** 2439:11

**2**

**2** 2439:17
**2/24/10** 2437:7
**2009** 2413:6
**2021** 2443:22,23
**2022** 2443:24,25 2444:3,4
**2023** 2444:5
**2039** 2439:11
**2048** 2442:16
**2053** 2439:11
**2056** 2444:6
**2060** 2439:9
**21** 2440:21
**2127** 2439:12
**2133** 2444:7
**2136** 2444:8
**2137** 2444:9
**2138** 2439:12
**2154** 2439:12
**2156** 2439:13
**2163** 2444:10
**2175** 2439:13
**2178** 2442:17
**2186** 2442:18
**22** 2440:22
**2215** 2439:13
**2289** 2438:8
**23** 2440:23 2443:13
**2318** 2438:9
**2361** 2438:10
**24** 2440:24 2443:14
**25** 2440:25
**26** 2441:3
**27** 2441:4
**28** 2443:15
**29** 2416:24 2441:5 2443:16

**3**

**3** 2439:18 2442:20
**3:50** 2423:9
**30** 2443:17
**31** 2441:6 2443:18
**32** 2441:7
**33** 2441:8 2443:19
**34** 2441:9 2443:20
**35** 2441:10 2443:21
**36** 2441:11 2443:22
**36A** 2441:12
**37** 2441:13 2443:23
**38** 2443:24

**39** 2443:25

**4**

**4** 2413:6 2439:19 2442:21
**4:15** 2436:8
**40** 2444:3
**41** 2444:4
**42** 2444:5
**43** 2444:6
**44** 2444:7
**45** 2444:8
**46** 2444:9
**47** 2444:10

**5**

**5** 2439:20 2442:22

**6**

**6** 2439:21 2442:23
**689** 2438:5

**7**

**7** 2439:22 2442:24
**702** 2438:6
**723** 2438:14,18
**737** 2439:16
**746** 2439:17
**756** 2439:18
**767** 2439:19
**772** 2439:20
**779** 2441:11,12
**780** 2441:13
**788** 2439:22

**8**

**8** 2439:23 2442:25
**802** 2440:6
**823** 2440:7
**840** 2440:8
**848** 2440:9
**858** 2440:10
**880** 2440:12
**882** 2440:14
**886** 2440:15
**896** 2440:24

**9**

**9** 2439:24 2443:3
**9:30** 2423:15 2430:5 2434:17
2436:6
**905** 2440:16
**909** 2440:17
**913** 2441:9
**915** 2440:11,13
**923** 2439:21,23
**924** 2439:24
**927** 2439:25 2440:3
**928** 2440:4
**929** 2440:5,18
**930** 2440:20,22
**931** 2440:23,25
**932** 2441:4,5
**933** 2441:6,7
**940** 2441:8
**941** 2441:10
**945** 2440:19
**947** 2440:21
**951** 2441:3
**953** 2438:14
**995** 2442:21
**996** 2438:14